6/10/25 1:51PM

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number (if known) _____  Chapter  11

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Ash Grove Dairy LLP |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 81-2128435 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>1771 130th Avenue<br>Lake Benton, MN 56149<br>Number, Street, City, State & ZIP Code<br><br>Lincoln<br>County | **Mailing address, if different from principal place of business**<br><br>2301 Research Park Way, Ste 152<br>Brookings, SD 57006<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

6/10/25 1:51PM

Debtor     Ash Grove Dairy LLP                                                                   Case number (*if known*)
           Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

---

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 2

6/10/25 1:51PM

Debtor  Ash Grove Dairy LLP  Case number (*if known*)
      Name

List all cases. If more than 1,
attach a separate list
      Debtor _____  Relationship _____
      District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

☒ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor  Ash Grove Dairy LLP  
Name

Case number (if known)

6/10/25 1:51PM

### Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/10/2025  
MM / DD / YYYY

X _/s/ Michael Crinion_  
Signature of authorized representative of debtor

Michael P. Crinion  
Printed name

Title  Managing Partner

**18. Signature of attorney**

X _/s/ David C. McLaughlin_  
Signature of attorney for debtor

Date  6-10-2025  
MM / DD / YYYY

David C. McLaughlin  
Printed name

Fluegel Anderson McLaughlin & Brutlag  
Firm name

129 2nd Street NW  
Ortonville, MN 56278  
Number, Street, City, State & ZIP Code

Contact phone  320-839-2549   Email address  dmclaughlin@fluegellaw.com

127383 MN  
Bar number and State

6/10/25 1:51PM

**Fill in this information to identify the case:**

Debtor name: Ash Grove Dairy LLP

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/10/2025   X /s/ Michael Crinion
Signature of individual signing on behalf of debtor

Michael P. Crinion
Printed name

Managing Partner
Position or relationship to debtor

Official Form 202         Declaration Under Penalty of Perjury for Non-Individual Debtors

6/10/25 1:51PM

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Ash Grove Dairy LLP |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AGCO Finance LLC<br>PO Box 2000<br>Johnston, IA 50131 | | | | | | $8,990.63 |
| American Express Card<br>PO Box 6031<br>Carol Stream, IL 60197-6031 | | Paid Invoices (Farm Card) | | | | $211,641.67 |
| Chandler Co-op<br>151 5th St<br>Chandler, MN 56122 | | | | | | $126,065.79 |
| Emerlan, LLC<br>211 58th Ave S<br>Brookings, SD 57006 | | Management fee | | | | $96,666.67 |
| ENG Services<br>1005 W 3rd Ave<br>Flandreau, SD 57028 | | | | | | $6,226.94 |
| Frazer, LLP<br>2400 E Katella Ave<br>Suite 900<br>Anaheim, CA 92806 | | | | | | $14,812.50 |
| Girard & Sons Pumping, Inc<br>3849 290th Ave<br>Cottonwood, MN 56229 | | Manure pumping | | | | $50,000.00 |
| HUDSON INSURANCE<br>PO Box 6818<br>Scranton, PA 18505 | | | | | | $134,681.54 |
| KLM Commodities, LLC<br>741 Valley Rd<br>PO Box 182<br>Chandler, MN 56122 | | Soybean Meal | | | | $35,182.51 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

6/10/25 1:51PM

Debtor  Ash Grove Dairy LLP  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Loren Wollman<br>25529 431st Ave<br>Spencer, SD 57374-5411 | | Hooftrimmer | | | | $11,785.00 |
| Midwest Livestock Systems<br>725 N Main St<br>Pine Island, MN 55963 | | Dairy Supplies | | | | $8,873.84 |
| MWI Animal Health<br>3041 W Pasadena Drive<br>Boise, ID 83705 | | Vet Supplies | | | | $46,771.37 |
| Pacific Ag<br>6290 200th Ave<br>Georgetown, MN 56546 | | Straw for feeding | | | | $28,473.48 |
| Prarie Land Ag Supply Inc<br>198 Westview Dr<br>Rock Valley, IA 51247 | | Milking equipment service & supply | | | | $185,192.75 |
| Puris Proteins, LLC<br>811 Glenwood Ave Suite 100<br>Minneapolis, MN 55405 | | | | | | $11,866.75 |
| Select Sires<br>6601 Gregory Pk Rd<br>Saint Cloud, MN 56301 | | | | | | $14,877.71 |
| Semex USA<br>3801 Kipp Street<br>Madison, WI 53718-6878 | | Semen | | | | $6,476.35 |
| Sioux Valley Cooperative<br>8 10th St NW<br>Watertown, SD 57201 | | Tractor Diesel | | | | $26,168.92 |
| Steadfast Electric, Inc<br>102 Rylee Rd<br>Aurora, SD 57002 | | Electrical | | | | $207,287.06 |
| Terry Adler<br>PO Box 155<br>Kranzburg, SD 57245 | | Straw | | | | $106,486.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

6/10/25 1:51PM

# United States Bankruptcy Court
### District of Minnesota

In re: Ash Grove Dairy LLP
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Partner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 6/10/2025

Michael P. Crinion/Managing Partner
Signer/Title

AGCO FINANCE LLC
PO BOX 2000
JOHNSTON IA 50131


AHV USA, INC.
7490 LANDER AVE.
SUITE 3
HILMAR CA 95324


AMERICAN EXPRESS CARD
PO BOX 6031
CAROL STREAM IL 60197-6031


ANDY WEBER
48752 217TH ST
ELKTON SD 57026


BEST VETERINARY SOLUTIONS
1716 DETROIT ST.
ELLSWORTH IA 50075


CALVIN GILBERT
1202 KEYSTONE CIR
BROOKINGS SD 57006


CENTRAL CROP CONSULTING
351 BURLINGTON CIR
MARSHALL MN 56258


CHANDLER CO-OP
151 5TH ST
CHANDLER MN 56122


CRV HOLDINGS
111 E MAIN ST
LEBANON TN 37087

DACOTAH BANK
1441 6TH STREET
BROOKINGS SD 57006


DARREN NELSON
2139 US HWY 14
LAKE BENTON MN 56149


DYNAMIC EXPANSION, LLC
150 MAIN ST.
SUITE 102
MENASHA WI 54952


ECOLAB
1 ECOLAB PLACE
SAINT PAUL MN 55102-2233


ELITE DRAIN AND SEWER CLEANING
1104 LINCOLN AVE NE
WATERTOWN SD 57201


EMERLAN, LLC
211 58TH AVE S
BROOKINGS SD 57006


ENG SERVICES
1005 W 3RD AVE
FLANDREAU SD 57028


FARM CREDIT SERVICE
PO BOX 2409
OMAHA NE 68103


FOERSTER OFFICE AND JANATORIAL
308 6TH ST
BROOKINGS SD 57006

```
FRAZER, LLP
2400 E KATELLA AVE
SUITE 900
ANAHEIM CA 92806


GIRARD & SONS PUMPING, INC
3849 290TH AVE
COTTONWOOD MN 56229


H & W CONTRACTING, LLC
3416 HOVLAND DR
SIOUX FALLS SD 57107


H. BECKER, INC
396 YELLOW HILL RD
NARVON PA 17555


HUDSON INSURANCE
PO BOX 6818
SCRANTON PA 18505


INTERVET
2 GIRALDA FARMS
MADISON NJ 07940


JENNIFER GROSS
211 58TH AVE
BROOKINGS SD 57006


JOHN DEERE FINANCIAL
PO BOX 5307
MADISON WI 53705-0307


JOHN HEMMER FARMS
22437 483RD AVE
FLANDREAU SD 57028
```

```
JOSH OSLAND
1759 130TH AVE
LAKE BENTON MN 56149



KESTELOOT ENTERPRISES, INC
2517 COUNTY RD 8
MARSHALL MN 56258



KLM COMMODITIES, LLC
741 VALLEY RD
PO BOX 182
CHANDLER MN 56122



LANCE WEBER
1159 COUNTY ROAD 131
ELKTON SD 57026



LANDSDOWNE, LLP
2301 RESEARCH PARK WAY
SUITE 152
BROOKINGS SD 57006



LANSDOWNE, LLP
2301 RESEARCH PARK WAY
STE 152
BROOKINGS SD 57006



LEEDSTONE
222 COUNTY ROAD 173 SE
MELROSE MN 56352



LIBERTY SEPTIC, INC
1202 CO RD 115
TYLER MN 56178-4131



MICHAEL CRINION
126 PINE RIDGE RD
BROOKINGS SD 57006
```

MIDWEST LIVESTOCK SYSTEMS
725 N MAIN ST
PINE ISLAND MN 55963


MWI ANIMAL HEALTH
3041 W PASADENA DRIVE
BOISE ID 83705


NORBCO
67962 HWY 55
WATKINS MN 55389


PACIFIC AG
6290 200TH AVE
GEORGETOWN MN 56546


PATRICIA CRINION
126 PINE RIDGE RD
BROOKINGS SD 57006


PRARIE LAND AG SUPPLY INC
198 WESTVIEW DR
ROCK VALLEY IA 51247


PROGRESSIVE DAIRY SOLUTIONS
120 S SIERRA AVE
OAKDALE CA 95361


PURIS PROTEINS, LLC
811 GLENWOOD AVE
SUITE 100
MINNEAPOLIS MN 55405


RANDY E GROSS
48006 221ST ST
ELKTON SD 57026

RANDY E. GROSS
48006 221ST ST
ELKTON SD 57026


RANDY HAUSCHILD
3567 COUNTY HWY 5
PORTER MN 56280


RANDY K. GROSS
211 58TH AVE
BROOKINGS SD 57006


SELECT SIRES
6601 GREGORY PK RD
SAINT CLOUD MN 56301


SEMEX USA
3801 KIPP STREET
MADISON WI 53718-6878


SIOUX VALLEY COOPERATIVE
8 10TH ST NW
WATERTOWN SD 57201


ST GENETICS
22575 STATE HWY 6 SOUTH
NAVASOTA TX 77868


STEADFAST ELECTRIC, INC
102 RYLEE RD
AURORA SD 57002


SUSAN GROSS
48006 221ST STREET
ELKTON SD 57026

```
TERRY ADLER
PO BOX 155
KRANZBURG SD 57245


THOMAS PLUMBING, INC
305 HIGHLAND CT
TYLER MN 56178


TRANSOURCE
901 □60TH ST N
SIOUX FALLS SD 57104


VFS US LLC & ASSIGNS
PO BOX 25916
OVERLAND PARK KS 66225


ZERO TOLERANCE
PO BOX 326
BERESFORD SD 57004
```